**Juan CARRILLO CRUZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–73147.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 6, 2011.

Marc Karlin, Karlin & Karlin, APC, Los Angeles, CA, for Petitioner.

Imran Raza Zaidi, Trial, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

Juan Carrillo Cruz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *S–Yong v. Holder,* 600 F.3d 1028, 1034 (9th Cir.2010), and we deny the petition for review.

Carrillo Cruz correctly contends that his conviction under California Health & Safety Code § 11351, for possession of a controlled substance for sale, is not categorically a controlled substance offense under 8 U.S.C. § 1227(a)(2)(B)(i), or a drug trafficking aggravated felony under 8 U.S.C. § 1101(a)(43)(B). *See S–Yong,* 600 F.3d at 1034 ("We have previously found that California law regulates the possession and sale of many substances that are not regulated by the [federal Controlled Substances Act]").

Carrillo Cruz, however, provides no coherent argument in his opening brief as to how the conviction documents are insufficient to demonstrate that his conviction constitutes a removable controlled substance offense, and a drug trafficking aggravated felony, under the "modified categorical approach." *See id.* at 1035. Accordingly, we deem the issue waived and deny the petition for review. *See San Diego Unified Port Dist. v. Giantur-*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*co*, 651 F.2d 1306, 1319 n. 36 (9th Cir. 1981) (deeming issue waived where briefing contained little more than an assertion of error and court was "left to guess precisely what [appellants] meant to argue").

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.